08 CV 03031

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL K. LANE,

         Plaintiff,

vs.

PACE UNIVERSITY and
THE CITY OF NEW YORK,

         Defendants.

Civil Action No.



RECEIVED MAR 25 2008 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PACE UNIVERSITY

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pace University by and through its undersigned counsel, hereby discloses the following:

1. Pace University has no parent company.

2. Pace University is not a publicly traded company and no publicly held corporation owns ten percent or more of its stock.

Dated: March 25, 2008

*Christie Del Rey-Cone*
Christie Del Rey-Cone (CD3467)
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
212.309.6000

*Of Counsel:*

William J. Delany*
Alison L. Lasseter*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5000

* Not yet admitted pro hac vice

*Attorneys for Defendant
Pace University*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement of Defendant Pace University was served via first class mail, this 25th day of March, 2008 upon the following:

>Robert F. Garnsey, Esquire
>The Jacob D. Fuchsberg Law Firm
>500 Fifth Avenue, 45th Floor
>New York, New York 10110
>
>Attorney for Plaintiff
>
>Michael Chadirjian, Esquire
>Room 4-09
>New York City Law Department
>52 Duane Street, 6th Floor
>New York, NY 10013-4048
>
>Attorney for Defendant, The City of New York

_____
Christie Del Rey-Cone