UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL K. LANE,<br><br>                         Plaintiff,<br>vs.<br><br>PACE UNIVERSITY and<br>THE CITY OF NEW YORK,<br><br>                         Defendants. | **Electronically Filed**<br><br>08-CV-3031(GBD) |

## NOTICE OF APPEARANCE

        Please enter the appearance of Sara M. Gordon, of the law firm of Morgan, Lewis & Bockius LLP, as counsel of record for Pace University in the above-captioned matter.

Dated: New York, New York      MORGAN, LEWIS & BOCKIUS LLP
       June 13, 2008

                                        By:  s/_Sara M. Gordon_____
                                             Sara M. Gordon  (SG-9978)

                                        101 Park Avenue
                                        New York, NY 10178
                                        (212) 309-6000
                                        (212) 309-6001 (facsimile)

                                        *Attorneys for Defendants*