UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL K. LANE,

                       Plaintiff,

vs.

PACE UNIVERSITY and
THE CITY OF NEW YORK,

                       Defendants.

*Electronically Filed*

Civil Action No.: 08-cv-3031(GBD)

CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

      1.      No **additional parties** may be joined after **August 6, 2008.**

      2.      No **amendment** to the pleadings will be permitted after **August 6, 2008.**

      3.      Except for good cause shown, all **discovery** shall be commenced in time to be completed by **October 23, 2008.** The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

      4.      **Dispositive motions** are to be served by **December 10, 2008.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

      5.      A final **pretrial conference** will be held on **January 7, 2009 at 9:30 a.m.**

      6.      The **Joint Pretrial Order** shall be filed no later than **December 17, 2008.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

      7.      **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **January 14, 2009**. The estimated trial time is 14 days, and this is a jury trial.

9. The **Next Case Management Conference** will be held on **October 15, 2008 at 9:30 a.m.**

Dated: June 18, 2008
      New York, New York

                                        SO ORDERED


                                        _____
                                        George B. Daniels
                                        United States District Judge


_____
Robert F. Garnsey

Attorney for Plaintiff


_____
Sara Gordon   SG-9978
William J. Delany*
Alison L. Lasseter*

Attorneys for Defendant Pace University

* not yet admitted *pro hac vice*


_____
Michael Gertzer

Attorney for Defendant City of New York

8.  The parties shall be **ready for trial** on 48 hours notice on or after **January 14, 2009**. The estimated trial time is 14 days, and this is a jury trial.

9.  The **Next Case Management Conference** will be held on **October 15, 2008 at 9:30 a.m.**

Dated: June ___, 2008
       New York, New York

                                              SO ORDERED

                                              _____
                                              George B. Daniels
                                              United States District Judge


_____
Robert F. Garnsey

Attorney for Plaintiff


_____
Sara Gordon
William J. Delany*
Alison L. Lasseter*

Attorneys for Defendant Pace University

* not yet admitted *pro hac vice*

_____
Michael Gertzer

Attorney for Defendant City of New York

8. The parties shall be **ready for trial** on 48 hours notice on or after **January 14, 2009**. The estimated trial time is 14 days, and this is a jury trial.

9. The **Next Case Management Conference** will be held on **October 15, 2008 at 9:30 a.m.**

Dated: June ___, 2008
       New York, New York

SO ORDERED

_____
George B. Daniels
United States District Judge

_____
Robert F. Garnsey
Attorney for Plaintiff

_____
Sara Gordon
William J. Delany*
Alison L. Lasseter*

Attorneys for Defendant Pace University

* not yet admitted *pro hac vice*

_____
Michael Gertzer

Attorney for Defendant City of New York