UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL K. LANE,

                                         Plaintiff,

-against-

PACE UNIVERSITY and THE CITY OF NEW YORK,

                                         Defendants.

**NOTICE OF APPEARANCE**

08 Civ 3031 (GBD)

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               June 20, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-0786

                                    By:            /s/
                                              Michael K. Gertzer

TO:    Robert F. Garnsey, Esq. (by ECF)

         Christie Del Rey-Cone, Esq. (by ECF)